Form oshowcso.jsp (12/10)

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re:  
Nathan J Bruce

Case No.: 10–05554

Debtor(s)

## ORDER

This matter is before the Court *sua sponte*. On May 22, 2013 this Court held a hearing on Motion for Instructions filed by John C. McAleer . Notice of a hearing was given and appearances noted in the record. At said hearing, the Court granted the motion with Debtor's counsel providing the additional information needed for the order and instructed John C. McAleer to submit a proposed order to the Court.

To date, no such order has been received. Therefore, the Court determines John C. McAleer should appear and show cause as to why the proposed order has not be submitted to the Court.

It is hereby ORDERED that the following person  
*John C. McAleer*  
shall appear before this Court on Wednesday, July 24, 2013 at 8:30 a.m. in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL and SHOW CAUSE as to why proposed order has not been submitted to the Court.

Dated: 7/5/13

MARGARET A. MAHONEY  
U.S. BANKRUPTCY JUDGE